**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**DANIEL OWENS**                                                                                              **PLAINTIFF**

**V.**                                         **CASE NO. 3:22-cv-00316 JM**

**THERESA FRANKLIN, Lawyer,
Legal Aid;** *et al.*                                                                        **DEFENDANTS**

<u>**ORDER**</u>

Plaintiff Daniel Owens motion to proceed *in forma pauperis* (*IFP*) (Doc. 1) is incomplete and, therefore, is DENIED without prejudice. A prisoner seeking to proceed *IFP* must file an affidavit that includes a statement of all of the prisoner's assets, as well as "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2).

Owens did not include in his *IFP* motion a completed certificate or calculation sheet signed by the appropriate official. If Owens wishes to proceed with this case, he must either pay the $402 filing and administrative fee, or file a <u>complete</u> *IFP* application, including a signed certificate and calculation sheet. He must do one or the other within thirty days from the date of this Order. If he does not do so, his case will be dismissed without prejudice. Local Rule 5.5(c)(2). The Clerk is directed to send Owens an *IFP* application, including certificate and calculation sheet.

IT IS SO ORDERED this 15th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE