**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**DANIEL OWENS**                                                                                    **PLAINTIFF**

**V.**                                          **CASE NO.  3:22-cv-00316 JM**

**TERESA FRANKLIN and
LAUREN OWENS**                                                                         **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 15th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE